01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  MATTHEW G. SILVA,              )   CASE NO. C07-1278-JCC-JPD
                                   )
09          Plaintiff,              )
                                   )
10          v.                      )
                                   )   ORDER DISMISSING § 1983
11  RICHARD MCDERMOTT, *et al.*,   )   ACTION
                                   )
12          Defendants.             )
    _____)
13                                  )

14      The Court, having reviewed the Report and Recommendation of the Honorable James P.

15  Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and

16  ORDER:

17      (1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 3).

18      (2)   Plaintiff's application for leave to proceed *in forma pauperis* is DENIED. *See* 28

19            U.S.C. 1915(g).

20      (3)   The complaint and this action are DISMISSED.

21      (4)   The Clerk is directed to send copies of this Order to Plaintiff and to Judge

22            Donohue.

ORDER DISMISSING § 1983 ACTION
PAGE -1

DATED this 24th day of October, 2007.

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2